IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUE BOND,

    Plaintiff,

vs.                                                No. 1:14-cv-00253 SMV/LAM

PASCO, INC./VALIDATI,
An Ohio Corporation,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal, the Court, having considered the Joint Motion, and being advised at all claims that were or that could have been brought by Plaintiff Sue Bond against Defendant Pasco Inc./Validati have been amicably resolved, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. The parties should bear their own costs and fees.

                                                           _____
                                                           STEPHAN M. VIDMAR
                                                           UNITED STATES MAGISTRATE JUDGE
                                                           **Presiding by Consent**

SUBMITTED:

*/s/ Robert L. Scott*
Robert L. Scott
Attorney for Plaintiff

APPROVED:

*//approval by e-mail – 8/25/14//*
George R. McFall
Attorney for Defendant